In the Matter of JOHANN KLEBE, Deceased, Claimant-Respondent, v GENERAL ELECTRIC COMPANY et al., Appellants, WORKMEN'S COMPENSATION BOARD, Respondent.—Motion to dismiss appeal from decision of Workmen's Compensation Board filed April 25, 1975, granted, without costs, on the ground that the decision is nonfinal and therefore not appealable (see e.g. *Matter of Jacob v Town of Glenville,* 43 AD2d 409, 410). Appellants' cross

motion denied in all respects, without costs. Greenblott, J. P., Sweeney, Kane, Larkin and Reynolds, JJ., concur.